MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Minh Le

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MINH LE,<br><br>   Defendant. | Case No.: 2:08 CR 0449 WBS<br><br>MOTION TO MODIFY CONDITIONS OF RELEASE, STIPULATION AND ORDER |

On September 24, 2008, the Honorable Gregory Hollows ordered Defendant MINH LE released from custody pending trial under certain conditions. Among those conditions is that Mr. Le post a $50,000 secured property bond.

Because of the depressed state of the economy and the local real estate market, the property that Mr. Le proposed to put up for security has been devalued by about $30,000. Consequently, the real property interest is now insufficient to meet the conditions of release. However, Mr. Le's friends and family have now pooled funds from savings and credit card accounts totaling $50,000.

Mr. Le is therefore currently willing and able to post a bond of $50,000 in the form of a certified check.

Mr. Le, by and through his attorney, Michael Chastaine, asks this Court to substitute the condition of release requiring a $50,000 property bond, to a condition requiring a $50,000 cash bond in the form of a certified check.

1

1     Counsel for Mr. Le has consulted with Counsel for the Government, Mr. Coppola,
2 Assistant U.S. Attorney, who concurs and stipulates that the modification of the property bond to
3 that of a cash bond is appropriate.

4 Dated: December 9, 2008             The CHASTAINE LAW OFFICE

                                       By:    /s/ Michael Chastaine
                                                MICHAEL CHASTAINE
                                                Attorney for Minh Le

Dated: December 9, 2008             McGREGOR W. SCOTT
                                                United States Attorney

                                        By:    /s/ Heiko Coppola
                                                Heiko Coppola
                                                Assistant U.S. Attorney

## ORDER

    GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

    IT IS HEREBY ORDERED that the condition of release requiring a $50,000 property bond shall be modified to a condition requiring a $50,000 cash bond in the form of a certified check.

Dated: December 17, 2008

GREGORY G. HOLLOWS
Gregory G. Hollows
Magistrate Judge
United States District Court

2