FILED

December 19, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>             Plaintiff, )<br>v. )<br><br>MINH VIHN LE, )<br><br>             Defendant. ) | Case No. 2:08CR00449WBS-04<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release    MINH VIHN LE   , Case No.

2:08CR00449WBS-04  , Charge  21USC § 846, 841(a)(1)  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

✔    Bail Posted in the Sum of $ 50,000.00

  ___    Unsecured Appearance Bond

  ___    Appearance Bond with 10% Deposit

  ___    Appearance Bond with Surety

  ___    Corporate Surety Bail Bond

  ✔    (Other)        Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  December 19, 2008   at  9:26 am  .

By   /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge

Copy 5 - Court