WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Minh Vihn Le

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:08-CR-00449-WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER TO** |
| | ) | **EXONERATE BOND** |
| v. | ) | |
| | ) | |
| MINH VIHN LE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court finds that Mr. Le was released pursuant to a $50,000.00 cash bond which he posted to the Clerk of the Court on December 19, 2008. On September 6, 2011, Mr. Le entered a guilty plea to counts 1, 2, and 3 of the 3 count superseding information. On April 8, 2013, the Court sentenced Mr. Le to imprisonment for a term of 51 months. Mr. Le surrendered to the Bureau of Prisons on August 6, 2013.

Therefore, it is hereby ORDERED that the $50,000.00 cash bond posted in this case is ordered exonerated and the Clerk of the Court is directed to return the cash bond to the surety.

**IT IS SO ORDERED.**

Dated: September 30, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE