HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
MINH VIHN LE; T/N: VIHN MINH LE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MINH VIHN LE; T/N: VIHN MINH LE,<br><br>Defendant. | No.  Cr. S 08-449-04 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable WILLIAM B. SHUBB |

     Defendant, MINH VIHN LE, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

     1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

     2.     On April 8, 2013, this Court sentenced Mr. Le to a term of 51 months imprisonment on each of Counts 1 (for a violation of 21 U.S.C. §§ 846, 841(a)(1)) , 2 and 3 (for violations of 18 U.S.C. § 1341), to be served concurrently;

     3.     His total offense level was 24, his criminal history category was I, and the resulting guideline range was 51 to 61 months;

4.     The sentencing range applicable to Mr. Le was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Le's total offense level has been reduced from 24 to 23, and his amended guideline range is 46 to 57 months;

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Le's term of imprisonment to a total term of 46 months.

Respectfully submitted,

Dated: May 15, 2015                                         Dated:  May 15, 2015

BENJAMIN B. WAGNER                                HEATHER E. WILLIAMS
United States Attorney                                      Federal Defender


 /s/ *Jason Hit*                                                   /s/ *David M. Porter*
JASON HITT                                                     DAVID M. PORTER
Assistant U.S. Attorney                                     Assistant Federal Defender

Attorney for Plaintiff                                          Attorney for Defendant
UNITED STATES OF AMERICA                      MINH VIHN LE


## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Le is entitled to the benefit Amendment 782 on Count One of the Superseding Information.  The court notes that defendant was sentenced to 51 months on each of Counts One, Two, and Three, to be served concurrently. After hearing the arguments of counsel at the hearing on May 26, 2015, however, the court is satisfied that the reduction of the total sentence comes as a result of the proper calculation of the new guidelines, and not from a reduction of the sentence on the non-drug counts per se. Accordingly, for the reasons discussed at the hearing, the court finds that proper application of Amendment 782 requires a reduction of the total offense level from 24 to 23, resulting in an

1  amended guideline range of 46 to 57 months.  After considering anew all of the applicable
2  factors set forth in 18 U.S.C. § 3553(a),
3       IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2013 is
4  reduced to a term of 46 months.
5       IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
6  remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
7  reduction in sentence, and shall serve certified copies of the amended judgment on the United
8  States Bureau of Prisons and the United States Probation Office.
9       Unless otherwise ordered, Mr. Le shall report to the United States Probation Office
10 within seventy-two hours after his release.
11 Dated:  May 26, 2015

                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE